## United States District Court
### Violation Notice

CVB Location Code: [XXXX]

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F5335195 | Rodriguez | 6795 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 01/30/2022 14:51 | CFR 261.15(i) |

Place of Offense: Warming hut Inez

Offense Description: No perm registration

**DEFENDANT INFORMATION**

Last Name: Richardson   First Name: Brenan   M.I. A

Street Address: [redacted]

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy)

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ 75 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ 105 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:

Date (mm/dd/yyyy):

Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

F3-5300-4 (3/2017)

CVB SCAN 02/24/2022 10:55

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 01/30 , 20 22 while exercising my duties as a law enforcement officer in the Colo. N.F. District of Seeley Lk :

See attached

The foregoing statement is based upon:

☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/14/2022   Officer's Signature _____
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB SCAN 02/24/2022 10:55