

**U.S. Department of Justice**

*United States Attorney*
*District of Montana*

---

Jennifer S. Clark
Assistant U.S. Attorney

PO Box 8329
Missoula, MT 59807

Phone: (406) 542-8851
Fax: (406) 542-1476

**ORIGINAL**

February 24, 2022

Brendan Richardson
2125 Prospect Ct.
Potomac, MT 59823

RE: *United States v. Brendan Richardson*, Violation No. F5335195

Dear Mr. Richardson,

This letter will confirm the agreement reached between you and the government for disposition of the citation you have been issued, 36 CFR 261.15(i), in violation of State law established for vehicles used off roads (no perm/registration). The United States will ask the Court for reduced collateral from $105 to $53, to be paid by April 15, 2022. This will conclude the matter and you will not have to make any further payments or appearances.

**If you agree with the terms outlined above, please sign below and return the letter. You may go to the Central Violations Bureau website at www.cvb.uscourts.gov and follow the directions to make your payment online, or by calling 800-827-2982, or by mail to Central Violations Bureau, PO Box 780549, San Antonio, TX 78278. Be sure to include the violation number and the CVB location code on your ticket if paying by mail. Do not send any payment or funds to our office.**

Again, you will not need to appear. **Keep a copy of this letter for your records and return the signed original back to this office.** When I receive the letter signed by you, I will make a copy for my records and provide the original to the Court. Please contact Investigative Analyst Tracie Groenier at 406-329-1064 if you have questions about the agreement in this case.

Sincerely,

LEIF M. JOHNSON
United States Attorney

*/s/ Jennifer S. Clark*
JENNIFER S. CLARK
Assistant U.S. Attorney

      I agree to the terms of the agreement outlined above. I also acknowledge that I have a right to personally appear to defend this case and hereby waive that right. Fed. R. Crim. P. 43(b)(2).

_____
BRENDAN RICHARDSON

JC/ss